**EXHIBIT A**

**Jim Cohen**

**From:** ecf-helpdesk@cacd.uscourts.gov
**Sent:** Thursday, February 07, 2008 4:01 AM
**To:** Jim Cohen
**Subject:** Your new CM/ECF Login and Password

*********************************************************
PLEASE DO NOT REPLY TO THIS EMAIL
*********************************************************

** CM/ECF LOGIN AND PASSWORD **

The United States District Court Central District of California is excited to introduce Electronic Filing. Since you have complied with the Court's training requirements, enclosed is your assigned CM/ECF Login and Password.

Each attorney is assigned a separate login and password, however you may feel free to share with your support staff. Please keep in mind that the assigned login and password serves as a digital signature to the CM/ECF system, therefore any action taken while using it is your responsibility.

Your new CM/ECF Login and Password information is as follows:
CM Login: [redacted]
CM password: [redacted]

We recommend you save this email in a secure place for future reference. If you have any questions related to e-filing, including your assigned login and password, please check our webiste at http//support.cacd.uscourts.gov/helpdesk.aspx or feel free to contact our ECF Helpdesk at 213-894-0242 or e-mail them at ecf-helpdesk@cacd.uscourts.gov.

Thank you,

The United States District Court
Central District of California
ECF-Helpdesk@cacd.uscourts.gov
http://www.cacd.uscourts.gov

Please visit other useful links:
ECF's General Information Site: http://support.cacd.uscourts.gov
Frequently Asked Questions: http://support.cacd.uscourts.gov/faq.aspx
The ECF Helpdesk: http://support.cacd.uscourts.gov/helpdesk.aspx

**Jim Cohen**

**From:** ecf-helpdesk@cacd.uscourts.gov
**Sent:** Wednesday, February 06, 2008 8:54 AM
**To:** Jim Cohen
**Subject:** Re: Never received email with password and user name

Hello Jim,

You will receive your login and password late tonight via automated service.

Regards,

ECF-HELP DESK
213-894-0242
U.S. District Court, Central District of California

-----"Jim Cohen" <jcohen@pechanga-nsn.gov> wrote: -----

> To: <ecf-helpdesk@cacd.uscourts.gov>
> From: "Jim Cohen" <jcohen@pechanga-nsn.gov>
> Date: 02/06/2008 08:45AM
> Subject: Never received email with password and user name
>
> I completed the 8 training modules yesterday, after significant difficulty with the program. I have not received any email since then with a user name or password.
>
> Can you please help me with this? I am now late for a filing (my document was timely brought to the clerk in paper form and stamped received).
>
> Thank you,
>
> James Cohen
>
> SBN 139044
>
> James E. Cohen, Esq.
>
> Deputy General Counsel
>
> Pechanga Indian Reservation
>
> :address :Street P.O. Box 1477